FILED DATE: 8/25/2020 1:50 PM  2020L009095

FILED
8/25/2020 1:50 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
10221092

STATE OF ILLINOIS ) 
                  ) ss                        Atty. No 55633
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT LAW DIVISION

DEBORAH HEARD, )
                            )
        Plaintiff,   )   No.: 2020L009095
                            )
v.                           )
                            )
WALMART, INC.         )
                            )
       Defendant.  )

## COMPLAINT

NOW COMES the Plaintiff DEBORAH HEARD, by and through her attorneys CHADWICK & LAKERDAS, and for her complaint against Defendant WALMART, INC. states as follows:

1. On September 10, 2018, Defendant WALMART, INC, was a retail store doing business in the City of Chicago, State of Illinois.

2. On September 10, 2018, Defendant WALMART, Inc., owned, controlled, maintained and possessed the WALMART store and surrounding parking lots, located at 4650 West North Avenue, in the City of Chicago, State of Illinois.

3. Defendant owed Plaintiff the duty, individually and by and through its agents, servants and employees on its behalf, to exercise ordinary and reasonable care and caution in and about the ownership, operation, management, maintenance and control of said premises, and the windows, doors, stairways, passages, areaways, parking lots and appurtenances thereof and thereat, so that same would be in a good, safe and proper condition for personas legally and lawfully in and upon said premises to be, use, occupy and walk upon, and so as not to cause harm

FILED DATE: 8/25/2020 1:50 PM    2020L009095

and injury to such person.

4. On September 10, 2018, the Defendant WALMART, INC breached its duty of care and failed to exercise ordinary care in keeping and maintaining WALMART, INC in a reasonably safe condition for use by the public.

5. At said time and place, Plaintiff, while walking in WALMART INC, tripped and fell over a piece of metal.

6. At said time and place, Defendant WALMART INC was guilty of one or more of the following wrongful acts or omissions:

   a). carelessly and negligently maintained and controlled WALMART INC parking lot, thereto, so as a direct and proximate result, the Plaintiff was injured.

   b). carelessly and negligently maintained WALMART, INC parking lot. Although Defendant knew or in the exercise of ordinary care should have known that the failure to maintain WALMART, INC was likely to result in injury to the Plaintiff.

   c). carelessly and negligently failed to warn persons of the metal sticking out of the grass. WALMART Inc known that the failure to warn Plaintiff of the metal sticking out of the grass was likely to result in injury to the Plaintiff.

   d) Failed to remove said metal from the parking lot area.

   e) Failed to have a maintenance plan in place to identify hazards in and around the parking lot.

7. As a direct and proximate result of one or more of the aforesaid wrongful acts or omissions on the part of the Defendant, Plaintiff suffered and will, in the future, suffer injuries of a personal and pecuniary nature.

WHEREFORE the Plaintiff DEBORAH HEARD, requests judgment in her favor and against the Defendant WALMART INC in an amount not greater than $50,000.00 plus costs of this suit.

FILED DATE: 8/25/2020 1:50 PM 2020L009095

s/Sturgis E. Chadwick, III
CHADWICK & LAKERDAS
Attorneys for Plaintiff


CHADWICK & LAKERDAS
Attorneys for Plaintiff
5300 South Shore Drive
Suite 100
Chicago, Illinois 60615
(773) 955-1088
Service via e-mail will be accepted at schadwick@chadwicklakerdas.com


### Affidavit Pursuant To Illinois Supreme Court Rule 222(b)

Pursuant to the Illinois Code of Civil Procedure Section 1-109, the undersigned certifies that to the best of his knowledge the damages sought in this matter do not exceed Fifty Thousand Dollars ($50,000.00).


s/Sturgis E. Chadwick, III             DATE
Sturgis E. Chadwick, III

3