IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBORAH HEARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 21-cv-1102 ) |
| WALMART, INC., | ) ) |
| Defendant. | ) ) |

## JOINT STATUS REPORT

1. **Current Status of Discovery.** Plaintiff has been deposed. The parties are working together to arrange the depositions of Defendant's employees. Defendant has subpoenaed Plaintiff's treating orthopedic surgeon, Dr. Forman, for deposition. There are no discovery disputes that require the court's attention.

2. **Expert Discovery/Dispositive Motions.** The parties will not require expert discovery before bringing dispositive motions. Defendant anticipates bringing a Motion for Summary Judgment thirty days after the close of fact discovery. Plaintiff requests twenty-eight days thereafter to file a Response. Defendant requests fourteen days thereafter to file a Reply.

3. **The Parties' Views Regarding Settlement.** Settlement discussions are ongoing. Plaintiff has made a settlement demand. The parties have discussed potentially mediating this matter with a neutral at ADR Systems at the close of fact discovery. The parties do not request a referral to a magistrate judge for a settlement conference.

4. The Parties do not require a telephonic status hearing before the close of fact discovery.

Date: December 1, 2021

O'HAGAN MEYER LLC

By: s/Kimberly D. Musick
One of the Attorneys for Defendant

James P. Balog, Esq.
Kimberly D. Musick, Esq.
O'Hagan Meyer LLC
One East Wacker Drive, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 422-6100
E-mail: jbalog@ohaganmeyer.com
kmusick@ohaganmeyer.com