# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Deborah Heard
                    Plaintiff,

v.                                       Case No.: 1:21−cv−01102
                                                     Honorable Sara L. Ellis

Walmart Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 13, 2021:

      MINUTE entry before the Honorable Sara L. Ellis: The Court strikes the status date set for 12/14/2021 and resets it to 9/14/2022 at 9:30 a.m. for ruling on Defendant's motion for summary judgment. The Court sets the following summary judgment briefing schedule: Defendant's motion for summary judgment is due by 4/1/2022; Plaintiff's response is due by 4/29/2022; and Defendant's reply is due by 5/13/2022. The Court reminds the parties to review the Court's standing orders regarding summary judgment practice. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.