IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBORAH HEARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 21-cv-1102 |
| | ) |
| WALMART, INC., | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION FOR EXTENSION OF SUMMARY JUDGMENT DEADLINE**

NOW COME the Plaintiff, **DEBORAH HEARD**, and Defendant, **WALMART INC.**, by and through their respective attorneys, STURGIS CHADWICK, JAMES BALOG and HEATHER SHEA, and hereby move this Honorable Court enter an Order extending the deadline for substantive motion of June 1, 2022, to July 1, 2022, and in support thereof, state as follows:

1. On March 30, 2022, this Court granted the parties' Agreed Motion to extend the summary judgment deadline of April 1, 2022, to June 1, 2022, on the basis that Walmart employee depositions were scheduled in April. See Exhibit A, Notification of Docket Entry dated March 30, 2022.

2. Said employee depositions proceeded in April.

3. Following completion of the employee depositions, defense counsel provided Plaintiff's counsel with correspondence in accordance with this Court's Meet and Confer Requirements for Motions for Summary Judgment on or about May 4, 2022, after which, all counsel conferred on May 11, 2022, regarding Plaintiff's position in response to Defendant's intended Motion for Summary Judgment and bases therefor.

1

4. During the parties' Meet and Confer conference on May 11, 2022, the parties agreed to schedule an informal inspection of the parking lot area where this incident occurred as part of the Meet and Confer Requirements of this Court.

5. The parties will be scheduling such informal inspection for the week of May 16, 2022, after which they will confer again regarding the Motion for Summary Judgment issues.

6. For these reasons, the parties request an additional 30 days, until July 1, 2022, to file Motions for Summary Judgment if Defendant decides to pursue such Motion after the inspection and additional conference is completed.

7. The parties have been diligent in discovery in this case.

8. Neither party will be adversely affected by extending the summary judgment deadline by 30 days to July 1, 2022.

WHEREFORE, Plaintiff, **DEBORAH HEARD**, and Defendant, **WALMART INC.**, respectfully request that this Court enter the proposed Order attached hereto extending the Summary Judgment deadline of June 1, 2022, to July 1, 2022, and extending all deadlines for Summary Judgment briefs to be extended 30 days thereafter, and for such other relief as this Court deems just and proper.

Date: May 11, 2022

                                        O'HAGAN MEYER LLC

                                        By:   s/Heather Shea
                                                 One of the Attorneys for Defendant
                                                 Walmart Inc.

| | |
|---|---|
| s/Heather Shea | s/Sturgis E. Chadwick |
| James P. Balog (ARDC No. 6185185) | Sturgis E. Chadwick, III |
| Heather Shea (ARDC No. 6226070) | Sturgis E. Chadwick, III |
| O'Hagan Meyer LLC | Chadwick & Lakerdas |
| One East Wacker Drive, Suite 3400 | 5300 South Shore Drive, Suite 100 |
| Chicago, Illinois 60601 | Chicago, IL 60615 |
| T: (312) 422-6100 | Attorneys for Plaintiff |
| F: (312) 422-6110 | |
| jbalog@ohaganmeyer.com | |
| hshea@ohaganmeyer.com | |
| Attorneys for Defendant Walmart Inc. | |