IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBORAH HEARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 21-cv-1102 |
| | ) |
| WALMART, INC., | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION FOR EXTENSION OF SUMMARY JUDGMENT DEADLINES**

NOW COME the Plaintiff, **DEBORAH HEARD**, and Defendant, **WALMART INC.**, by and through their respective attorneys, STURGIS CHADWICK, JAMES BALOG and HEATHER SHEA, and hereby move this Honorable Court enter an Order extending the deadlines for substantive motion by 60 days, and in support thereof, state as follows:

1. On May 16, 2022, this Court entered its Order, setting a deadline for the filing of Motions for Summary Judgment of July 1, 2022, with a briefing schedule of July 29, 2022, for Plaintiff's Response, and August 12, 2022, for Defendant's Reply. Ruling on Defendant's Motion for Summary Judgment was set for December 7, 2022. See Exhibit A, Notification of Docket Entry dated May 16, 2022.

2. The parties have exchanged their Rule 56.1 Joint Statement of Undisputed Material Facts pursuant to this Court's Local Rules and are in the process of exchanging proposed revisions in accordance with this Court's procedures.

3. The parties have agreed to and request this Honorable Court extend the Summary Judgment deadlines by 45 days to allow the parties to have further conferences to complete their agreed Joint Statement of Undisputed Material Facts.

1

Case: 1:21-cv-01102 Document #: 32 Filed: 06/28/22 Page 2 of 2 PageID #:67

WHEREFORE, Plaintiff, **DEBORAH HEARD**, and Defendant, **WALMART INC.**, respectfully request that this Court enter the proposed Order attached hereto continuing the Summary Judgment deadlines 60 days to the following dates below and for such other relief as this Court deems just and proper:

1. Defendant's Motion for Summary Judgment due August 15, 2022;

2. Plaintiff's Response thereto due September 12, 2022;

3. Defendant's Reply thereto due September 26, 2022.

Date: June 28, 2022

O'HAGAN MEYER LLC

By: s/Heather Shea
    One of the Attorneys for Defendant
    Walmart Inc.

| | |
|---|---|
| s/Heather Shea | s/Sturgis E. Chadwick |
| James P. Balog (ARDC No. 6185185) | Sturgis E. Chadwick, III |
| Heather Shea (ARDC No. 6226070) | Sturgis E. Chadwick, III |
| O'Hagan Meyer LLC | Chadwick & Lakerdas |
| One East Wacker Drive, Suite 3400 | 5300 South Shore Drive, Suite 100 |
| Chicago, Illinois 60601 | Chicago, IL 60615 |
| T: (312) 422-6100 | Attorneys for Plaintiff |
| F: (312) 422-6110 | |
| jbalog@ohaganmeyer.com | |
| hshea@ohaganmeyer.com | |
| Attorneys for Defendants Walmart Inc. | |

2