# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Deborah Heard
                    Plaintiff,

v.                                                Case No.: 1:21–cv–01102
                                                     Honorable Sara L. Ellis

Walmart Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 29, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants the parties' motion for extension of time [32]. The Court revises the summary judgment briefing schedule as follows: Defendant's motion for summary judgment is due by 8/15/2022; Plaintiff's response is due by 9/12/2022; and Defendant's reply is due by 9/26/2022. The Court strikes the ruling date set for 12/7/2022 and resets it to 1/31/2023 at 9:30 a.m. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.